# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: § | | Case No. 10-65666-TJT |
| § | | |
| SUSAN MARIE KOLOIAN § | | |
| CHARLES GARABED KOLOIAN § | | |
| § | | |
| Debtors § | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>08/14/2010</u>. The case was converted to one under Chapter 7 on 05/21/2013. The undersigned trustee was appointed on <u>05/21/2013</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $15,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $80.88 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $14,919.12 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/20/2013 and the deadline for filing government claims was 11/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $43.46, for total expenses of $43.46.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/03/2014           By:   /s/ Douglas S. Ellmann
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 10-65666-TJT | **Trustee Name:** | Douglas S. Ellmann |
| **Case Name:** KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABE | **Date Filed (f) or Converted (c):** | 05/21/2013 (c) |
| **For the Period Ending:** 1/3/2014 | **§341(a) Meeting Date:** | 06/19/2013 |
| | **Claims Bar Date:** | 11/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  personal residence 7135 Mentel Road Newport MI 48166 | $230,401.00 | $0.00 | | $0.00 | FA |
| 2  Cash on hand. | $150.00 | $0.00 | | $0.00 | FA |
| 3  Checking/savings account at PNC | $717.00 | $0.00 | | $0.00 | FA |
| 4  ordinary and usual household goods and furnishings, including audio, video, and computer equipment, no one item valued in excess of $525. | $3,800.00 | $0.00 | | $0.00 | FA |
| 5  Miscellaneous CDs, DVDs, and books | $300.00 | $0.00 | | $0.00 | FA |
| 6  customary and ordinary clothing apparel for debtor , no one item valued in excess of $525. | $1,500.00 | $0.00 | | $0.00 | FA |
| 7  mics items of jewelry | $2,400.00 | $0.00 | | $0.00 | FA |
| 8  American General Life & Accidental Insurance Term insurance Husband and wife | $0.00 | $0.00 | | $0.00 | FA |
| 9  401K Charles Schwab | $135,068.36 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Per 6/13/2013 amendment: 401k MetLife, value $103,794.79; IRA Fidelity Investments, value $20,675.22; IRA Rollover Fidelity Investments, value $10,598.35 | | | | | |
| 10  401K Freedom One | $18,561.00 | $0.00 | | $0.00 | FA |
| 11  1997 Ford p/u 150 | $909.00 | $0.00 | | $0.00 | FA |
| 12  2005 Ford p/u 150 | $4,740.00 | $0.00 | | $0.00 | FA |
| 13  2006 Ford Mountaineer | $6,736.00 | $0.00 | | $0.00 | FA |
| 14  1994 SeaRay | $4,000.00 | $0.00 | | $0.00 | FA |
| 15  Voidable Conveyance (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |

**TOTALS (Excluding unknown value)**  $409,282.36  $15,000.00     **Gross Value of Remaining Assets**  $15,000.00  $0.00

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/05/2013 | /s/ DOUGLAS S. ELLMANN |
| **Current Projected Date Of Final Report (TFR):** 12/05/2013 | DOUGLAS S. ELLMANN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 10-65666-TJT |
| **Case Name:** | KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABED |
| **Primary Taxpayer ID #:** | **-***0784 |
| **Co-Debtor Taxpayer ID #:** | **-***0785 |
| **For Period Beginning:** | 8/14/2010 |
| **For Period Ending:** | 1/3/2014 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******2173 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/21/2013 | (15) | Charles Koloian | per c/o re settlement 8/20/13 | 1149-000 | $15,000.00 | | $15,000.00 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $14,990.00 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.40 | $14,966.60 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.15 | $14,942.45 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.33 | $14,919.12 |
| | | | **TOTALS:** | | $15,000.00 | $80.88 | $14,919.12 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $15,000.00 | $80.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,000.00 | $80.88 | |

**For the period of 8/14/2010 to 1/3/2014**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $80.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/21/2013 to 1/3/2014**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $80.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2
Exhibit B

| | | |
|---|---|---|
| **Case No.** 10-65666-TJT | **Trustee Name:** | Douglas S. Ellmann |
| **Case Name:** KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABED | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** **-***0784 | **Checking Acct #:** | ******2173 |
| **Co-Debtor Taxpayer ID #:** **-***0785 | **Account Title:** | |
| **For Period Beginning:** 8/14/2010 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 1/3/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $15,000.00 | $80.88 | $14,919.12 |

**For the period of 8/14/2010 to 1/3/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $80.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/21/2013 to 1/3/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $80.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT                                                        Page No: 1
                                                                             Exhibit C

| Case No.: | 10-65666-TJT | | | | | | | | Trustee Name: Douglas S. Ellmann |
| Case Name: | KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABED | | | | | | | | Date: 1/3/2014 |
| Claims Bar Date: | 11/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MIDLAND CREDIT MANAGEMENT, INC. 8875 Aero Drive, Suite 200 San Diego CA 92123 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed per c/o during Chapter 13 10/12/10 | | | | | | | | |
| 2 | WELLS FARGO BANK, N.A. Home Equity Group X2303-01A - 1 Home Campus Des Moines IA 50328-0001 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Do not pay. In re: Padgett. Trustee did not administer asset. | | | | | | | | |
| 3 | FORD MOTOR CREDIT COMPANY, LLC P.O. Box 6275 Dearborn MI 48121 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Do not pay. In re: Padgett. Trustee did not administer asset. (3-1) 2006 Mercury Mountaineer | | | | | | | | |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC PO Box 41067 Norfolk VA 23541 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,760.83 | $0.00 | $0.00 | $0.00 | $7,760.83 |
| **Claim Notes:** | Original claim filed was $14,438.32. Creditor was paid $6,677.49 per Chapter 13 Trustee's final report | | | | | | | | |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC P.O. Box 41067 Norfolk VA 23541 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,302.20 | $0.00 | $0.00 | $0.00 | $5,302.20 |
| **Claim Notes:** | Original claim filed was $9,864.26. Creditor was paid paid $4,562.06 during Chapter 13 per Chapter 13 Trustee's final report | | | | | | | | |
| 6 | ECAST SETTLEMENT CORPORATION POB 29262 New York NY 10087-9262 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,511.93 | $0.00 | $0.00 | $0.00 | $6,511.93 |
| **Claim Notes:** | Original claim filed was $12,144.85. Creditor was paid paid $5,602.92 during Chapter 13 per Chapter 13 Trustee's final report | | | | | | | | |

| Case No.: | 10-65666-TJT | | | | | | | Trustee Name: | Douglas S. Ellmann |
| Case Name: | KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABED | | | | | | | Date: | 1/3/2014 |
| Claims Bar Date: | 11/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | ECMC<br><br>PO Box 75906<br>Paul MN 55175 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $9,921.74 | $0.00 | $0.00 | $0.00 | $9,921.74 |
| **Claim Notes:** | (7-1) Student Loan  Original claim filed was $18,458.50.  Creditor was paid $8,536.76 during Chapter 13 per Chapter 13 Trustee's final report | | | | | | | | |
| 8 | PRA RECEIVABLES MANAGEMENT, LLC<br><br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $780.79 | $0.00 | $0.00 | $0.00 | $780.79 |
| **Claim Notes:** | Original claim filed was $1,452.59.  Creditor was paid paid $671.80 during Chapter 13 per Chapter 13 Trustee's final report | | | | | | | | |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR WFCB<br>As Assignee of Carter Lumber Diy<br>PO Box 248872<br>Oklahoma City OK 73124-8872 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,530.27 | $0.00 | $0.00 | $0.00 | $2,530.27 |
| **Claim Notes:** | Original claim filed was $4,707.34.  Creditor was paid $2,177.07 during Chapter 13 per Chapter 13 Trustee's final report | | | | | | | | |
| 10 | CAPITAL ONE, N.A<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $99.24 | $0.00 | $0.00 | $0.00 | $99.24 |
| **Claim Notes:** | original claim filed was $176.33 and creditor was paid $77.09 per Chapter 13 final report | | | | | | | | |
| 11 | EAST BAY FUNDING, LLC<br><br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville SC 29603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,166.53 | $0.00 | $0.00 | $0.00 | $8,166.53 |
| **Claim Notes:** | Original claim filed was $15,193.10.  Creditor was paid Chapter 13 Trustee paid $7,026.57 per Trustee's final report | | | | | | | | |
| 12 | EAST BAY FUNDING, LLC<br><br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville SC 29603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,926.11 | $0.00 | $0.00 | $0.00 | $11,926.11 |
| **Claim Notes:** | Original claim filed was $22,187.45.  Chapter 13 Trustee paid $10,261.34 per Trustee's final report | | | | | | | | |

| Case No.: | 10-65666-TJT | | | | | | | | Trustee Name: Douglas S. Ellmann |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABED | | | | | | | | Date: 1/3/2014 |
| Claims Bar Date: | 11/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 13 | EAST BAY FUNDING, LLC  c/o Resurgent Capital Services  PO Box 288  Greenville SC 29603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $9,637.89 | $0.00 | $0.00 | $0.00 | $9,637.89 |
| **Claim Notes:** | Original claim filed was $17,930.44. Chapter 13 Trustee paid creditor $8,292.55 per Trustee's final report | | | | | | | | |
| 14 | ECAST SETTLEMENT CORPORATION  c/o Bass & Associates, P.C.  3936 E Ft. Lowell, Suite 200  Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,169.45 | $0.00 | $0.00 | $0.00 | $1,169.45 |
| **Claim Notes:** | Original claim filed was $2,175.65. Chapter 13 Trustee paid $1,006.20 per Trustee's final report | | | | | | | | |
| 15 | LVNV FUNDING LLC  Resurgent Capital Services  PO Box 10587  Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,369.38 | $0.00 | $0.00 | $0.00 | $2,369.38 |
| **Claim Notes:** | Original claim filed was $4,408.00. Chapter 13 Trustee paid $2038.62 per Trustee's final report | | | | | | | | |
| 16 | LVNV FUNDING LLC  Resurgent Capital Services  PO Box 10587  Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,700.87 | $0.00 | $0.00 | $0.00 | $2,700.87 |
| **Claim Notes:** | Original claim filed was $5,024.73. Chapter 13 Trustee paid $2,323.86 per Trustee's final report | | | | | | | | |
| 17 | WELLS FARGO BANK N.A.  ATTENTION BANKRUPTCY DEPARTMENT /MAC: X7801-014  3476 STATEVIEW BLVD  FORT MILL SC 29715 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Do not pay. In re: Padgett. Trustee did not administer asset. | | | | | | | | |

| Case No. | 10-65666-TJT | | | | | | | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABED | | | | | | | | Date: | 1/3/2014 |
| Claims Bar Date: | 11/20/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 18 | ELLMANN & ELLMANN, P.C.  308 W. HURON ANN ARBOR MI 48103 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,742.00 | $0.00 | $0.00 | $0.00 | $1,742.00 |
| 19 | ELLMANN & ELLMANN, P.C.  308 W. HURON ANN ARBOR MI 48103 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $27.09 | $0.00 | $0.00 | $0.00 | $27.09 |
| | | | | | $70,646.32 | $0.00 | $0.00 | $0.00 | $70,646.32 |

| Case No. | 10-65666-TJT | Trustee Name: Douglas S. Ellmann |
| Case Name: | KOLOIAN, SUSAN MARIE AND KOLOIAN, CHARLES GARABED | Date: 1/3/2014 |
| Claims Bar Date: | 11/20/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $27.09 | $27.09 | $0.00 | $0.00 | $0.00 | $27.09 |
| Attorney for Trustee Fees (Trustee Firm) | $1,742.00 | $1,742.00 | $0.00 | $0.00 | $0.00 | $1,742.00 |
| General Unsecured § 726(a)(2) | $143,758.74 | $68,877.23 | $0.00 | $0.00 | $0.00 | $68,877.23 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $277,063.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-65666-TJT
Case Name: SUSAN MARIE KOLOIAN
CHARLES GARABED KOLOIAN
Trustee Name: Douglas S. Ellmann

Balance on hand: $14,919.12

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $14,919.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Douglas S. Ellmann, Trustee Fees | $2,250.00 | $0.00 | $2,250.00 |
| Douglas S. Ellmann, Trustee Expenses | $43.46 | $0.00 | $43.46 |
| ELLMANN & ELLMANN, P.C., Attorney for Trustee Fees | $1,742.00 | $0.00 | $1,742.00 |
| ELLMANN & ELLMANN, P.C., Attorney for Trustee Expenses | $27.09 | $0.00 | $27.09 |

Total to be paid for chapter 7 administrative expenses: $4,062.55
Remaining balance: $10,856.57

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $10,856.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $10,856.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $68,877.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 4 | Portfolio Recovery Associates, LLC | $7,760.83 | $0.00 | $1,223.28 |
| 5 | Portfolio Recovery Associates, LLC | $5,302.20 | $0.00 | $835.74 |
| 6 | eCAST Settlement Corporation | $6,511.93 | $0.00 | $1,026.42 |
| 7 | ECMC | $9,921.74 | $0.00 | $1,563.88 |
| 8 | PRA Receivables Management, LLC | $780.79 | $0.00 | $123.07 |
| 9 | American Infosource Lp As Agent for Wfcb | $2,530.27 | $0.00 | $398.83 |
| 10 | Capital One, N.A | $99.24 | $0.00 | $15.64 |
| 11 | East Bay Funding, LLC | $8,166.53 | $0.00 | $1,287.23 |
| 12 | East Bay Funding, LLC | $11,926.11 | $0.00 | $1,879.82 |
| 13 | East Bay Funding, LLC | $9,637.89 | $0.00 | $1,519.14 |
| 14 | eCAST Settlement Corporation | $1,169.45 | $0.00 | $184.33 |
| 15 | LVNV Funding LLC | $2,369.38 | $0.00 | $373.47 |
| 16 | LVNV Funding LLC | $2,700.87 | $0.00 | $425.72 |

|   | Total to be paid to timely general unsecured claims: | $10,856.57 |
|---|---:|---:|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |